**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**CA 05-535**


**KEVIN R. THOMAS, ETC.**

**VERSUS**

**THE SUMMIT OF ALEXANDRIA, ET AL.**


**\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 217,410
HONORABLE BENJAMIN CLYDE BENNETT, DISTRICT JUDGE


**\*\*\*\*\*\*\*\*\*\***


**BILLY HOWARD EZELL**
**JUDGE**


**\*\*\*\*\*\*\*\*\*\***


Court composed of Chief Judge Ulysses Gene Thibodeaux, Chief Judge, Billy Howard Ezell, and J. David Painter, Judges.


**AFFIRMED IN PART, REVERSED IN PART, AND REMANDED.**

**Lawrence Bernard Frieman**
**Juge, Napolitano, Guilbeau**
**3320 W. Esplanade Avenue**
**Metairie, LA 70002**
**(504) 831-7270**
**Counsel for Defendants/Appellants:**
**The Summit of Alexandria**
**Affiliated Nursing Homes, Inc.**

**Kimberly A. Ramsey**
**Nix, Patterson & Roach**
**401 Edwards Street, Suite 820**
**Shreveport, LA 71101**
**(318) 425-9255**
**Counsel for Plaintiff/Appellee:**
**Kevin R. Thomas**